IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:14-cv-6807

## APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, __Jennie Santos-Bourne__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __27320__, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| Michigan | 11/13/2006 | P70176 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| Florida | 10/24/2012 | 100590 |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| E.D. Michigan | 12/05/2006 | P70176 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| W.D. Michigan | 03/12/2010 | P70176 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| S.D. Florida | 07/02/2014 | **100590** |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for   Pltf. LeaDawn Ferguson

_(signature)_
(Applicant's Signature)

12/02/2014
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

3000 Biscayne Blvd., Suite 400

Miami, FL 33137

(305) 573-1106, Ext. 1080

Sworn and subscribed before me this

2nd Day of December 2014

_(signature)_
Notary Public

SANDRA R. MALDONADO WANK
Notary Public - State of Florida
My Comm. Expires Apr 11, 2017
Commission # FF 007474
Bonded Through National Notary Assn.

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ____Jennie Santos-Bourne____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Jonathan H. Feinberg | *[signature]* | 12/06/2001 | 88227 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

The Cast Iron Building / 718 Arch Street, Ste. 501 South

Philadelphia, PA 19106

(215) 925-4400


Sworn and subscribed before me this

2nd Day of Dec._____, 200_14

*[signature]*
Notary Public
COMMONWEALTH OF PENNSYLVANIA

NOTARIAL SEAL
TANYA L. ALEXANDER, Notary Public
City of Philadelphia, Phila. County
My Commission Expires October 16, 2016

APPENDIX X

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEADAWN FERGUSON, PLAINTIFF, | : : : | CIVIL ACTION |
| v. | : : | |
| UNITED STATES OF AMERICA DEFENDANT. | : : | NO.  2:14-cv-6807 |

### ORDER

AND NOW, this _____ Day of _____, 2014 , it is hereby

ORDERED that the application of _Jennie Santos-Bourne_____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
J.