United States District Court
for the Eastern District of Pennsylvania

LEADAWN FERGUSON
Plaintiff

vs.

Case Number 14-6807

FILED

DEC - 8 2014

MICHA~ ~ ~~NZ, Clerk
By___ Dep. Clerk

UNITED STATES OF AMERICA, ET AL.
Defendant

Acceptance of Service by the United States Attorney

I __Joycelyne Figueroa__ (print name) hereby accept service on behalf of the United States Attorney (only).

_____
For the United States Attorney (Signature)

__Joycelyn Figueroa__
Print Name

__12/8/14__
Date