## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEADAWN FERGUSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 14-cv-6807 |
| | : | |
| UNITED STATES OF AMERICA; | : | |
| CBP/ICE AGENT LAMANSKI; | : | |
| CBP/ICE AGENT REYNOLDS; | : | |
| CBP/ICE AGENT DOES 1-5; | : | |
| FAJ K. GHIMIRE, M.D.; | : | |
| DEREK L. ISENBERG, M.D.; | : | |
| MAURA E. SAMMON, M.D.; | : | |
| NURSE TARA CHOWDHURY; | : | |
| NURSE STACEY RUTLAND; | : | |
| NURSE NATALIE TRABOSCIA; | : | |
| MEDICAL PROVIDER AND HOSPITAL | : | |
| STAFF DOES 6-10; | : | |
| MERCY FITZGERALD HOSPITAL; and | : | |
| MERCY HEALTH SYSTEM | : | |
| | : | |
| Defendants. | : | |

## ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of federal defendant United States of America

only.

Respectfully submitted,

Dated:  January 6, 2015

SUSAN R. BECKER
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
Phone:  215.861.8310
Fax:  215.861.8618
Email:  susan.becker@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true and correct copy of the foregoing entry of appearance was served upon the following by first class mail:

Jonathan H. Feinberg, Esquire
Kairys, Rudovsky, Messing & Feinberg
The Cast Iron Building
718 Arch Street, Suite 501 South
Philadelphia, PA 19106


Jennie Santos-Bourne, Esquire
Americans for Immigrant Justice
3000 Biscayne Blvd., Suite 400
Miami, FL 33137


Dated:  January 6, 2015                    *Susan R. Beck*

                                           SUSAN R. BECKER
                                           Assistant United States Attorney