LFR

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEADAWN FERGUSON, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 14-cv-6807 |
| UNITED STATES OF AMERICA; | : |
| CBP/ICE AGENT LAMANSKI; | : |
| CBP/ICE AGENT TANDARIC; | : |
| CBP/ICE AGENT REYNOLDS; | : |
| CBP/ICE AGENT DOES 1-5; | : |
| FAJ K. GHIMIRE, M.D.; | : |
| DEREK L. ISENBERG, M.D.; | : |
| MAURA E. SAMMON, M.D.; | : |
| NURSE TARA CHOWDHURY; | : |
| NURSE STACEY RUTLAND; | : |
| NURSE NATALIE TRABOSCIA; | : |
| MEDICAL PROVIDER AND HOSPITAL STAFF DOES 6-10; | : |
| MERCY FITZGERALD HOSPITAL; and | : |
| MERCY HEALTH SYSTEM | : |
| Defendants. | : |

FILED
FEB 10 2015
MICHAEL E. KUNZ, Clerk
By_____ JC _____ Dep. Clerk

## ORDER

And now, this 10 day of February, 2015, upon consideration of the federal defendants' unopposed motion for an extension of time to answer or otherwise plead, it is hereby

ORDERED

that the federal defendants' unopposed motion is granted. The United States and CPB Agents Lamanski, Tandaric, and Reynolds shall file an answer or otherwise respond to plaintiff's complaint by April 10, 2015.

BY THE COURT:

_/s/ L. Felipe Restrepo_
HONORABLE L. FELIPE RESTREPO
*Judge, United States District Court*

ENTERED
FEB 10 2015
CLERK OF COURT