IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEADAWN FERGUSON, | CIVIL ACTION NO. 14-cv-6807 |
| Plaintiff, | JURY TRIAL DEMANDED |
| v. | |
| UNITED STATES OF AMERICA; et al. | |
| Defendants. | |

## STIPULATED ORDER REGARDING RESPONSIVE PLEADING DEADLINE

IT IS HEREBY STIPULATED AND AGREED, by and among undersigned counsel, as follows:

WHEREAS, on March 3, 2015, the Court approved a Stipulated Order Regarding Scheduling of Initial Discovery and Disclosure of Records and Information Subject to the Privacy Act which, *inter alia*, requires Plaintiff, LeaDawn Ferguson, to file an amended pleading, if any, on or before March 31, 2015. Additionally, the March 3, 2015 Stipulated Order provides that Defendants, the United States of America and Customs and Border Protection Agents Lamanski, Tandaric, and Reynolds, shall file an answer or otherwise respond to the complaint or amended complaint, if any, on or before June 1, 2015.

1. On or before June 1, 2015, Defendants, Raj K. Ghimire, M.D., Derek L. Isenberg, M.D., Maura E. Sammon, M.D., Nurse Tara Chowdhury, Nurse Stacey Rutland, Nurse Natalie Traboscia, Mercy Fitzgerald Hospital, and Mercy Health System, shall file an answer or otherwise respond to the complaint or amended complaint, if any.

2. Good cause exists for the entry of this Stipulated Order as it is beneficial to the Court and the parties to establish consistent responsive pleading deadlines among the defendants.

Respectfully submitted,

_/s/ Jonathan H. Feinberg_  
JONATHAN H. FEINBERG, ESQUIRE  
Kairys, Rudovsky, Messing & Feinberg  
The Cast Iron Building  
718 Arch Street, Suite 501 South  
Philadelphia, PA 19106  
*Attorney for Plaintiff,*  
*LeaDawn Ferguson*

_/s/ Daniel F. Ryan, III_  
DANIEL F. RYAN, III  
JEFFREY P. BRIEN  
O'Brien & Ryan, LLP  
Hickory Pointe  
2250 Hickory Road, Suite 300  
Plymouth Meeting, PA 19462  
*Attorneys for Defendants,*  
*Raj K. Ghimire, M.D., Derek L. Isenberg,*  
*M.D., Maura E. Sammon, M.D., Nurse Tara*  
*Chowdhury, Nurse Stacey Rutland, Nurse*  
*Natalie Traboscia, Mercy Fitzgerald*  
*Hospital, and Mercy Health System*

ZANE DAVID MEMEGER  
United States Attorney

_/s/ Susan R. Becker_  
SUSAN R. BECKER, ESQUIRE  
Assistant United States Attorney  
615 Chestnut Street, Suite 1250  
Philadelphia, PA 19106  
*Attorney for Defendant,*  
*United States of America*

On this ___ day of _____, 2015, it is hereby **ORDERED** that the above Stipulation is **APPROVED.**

BY THE COURT:

_____  
HONORABLE L. FELIPE RESTREPO  
Judge, United States District Court