

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEADAWN FERGUSON, | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : No. 14-6807 |
| UNITED STATES OF AMERICA et al., | : JURY TRIAL DEMANDED |
| Defendants. | : |

**ORDER**

AND NOW this **31ST** day of **March**, 2015, upon consideration of Plaintiff's Motion for Leave to Amend the Complaint, **IT IS ORDERED** that the Motion is **GRANTED**, and the Amended Complaint attached to the Motion shall be **DOCKETED**.

BY THE COURT:

_____
L. FELIPE RESTREPO, J.

ENTERED
MAR 3 1 2015
CLERK OF COURT