IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEADAWN FERGUSON, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | No. 14-6807 |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, et al. | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this __18th___ day of April, 2016, it is **ORDERED** that the Hospital Employee Defendants'[1] partial motion to dismiss (ECF No. 34) is **DENIED without prejudice**.

s/Anita B. Brody

_____

ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to:

---

[1] The Hospital Employee Defendants are: Derek L. Isenbrg, Maura E. Sammon, Tara Chowdhury, Stacey Rutland, and Natalie Traboscia.