IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEADAWN FERGUSON | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 14-6807 |
| | : | |
| UNITED STATES OF AMERICA, et al | : | |

### NOTICE

To: Counsel of Record

TAKE NOTICE that a **Telephone Conference re: status** is scheduled in the above-captioned matters with Magistrate Judge David R. Strawbridge for **Thursday, September 29, 2016, at 4:30 p.m.** Counsel for plaintiff is directed to initiate this call and once all counsel are on the line, to join Chambers in the teleconference (Chambers ph: 267-299-7790).

/s/Jenna Gallelli
Jenna Gallelli
Deputy Clerk
267-299-7790 - phone

Date: July 5, 2016

-Notice filed via ECF