IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEADAWN FERGUSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 14-cv-6807 |
| | : | |
| UNITED STATES OF AMERICA; | : | |
| CBP OFFICER STEPHEN LEMANSKI; | : | |
| CBP OFFICER THERESA TANDARIC; | : | |
| CBP OFFICER RIK REYNOLDS; | : | |
| PORT DIRECTOR ALLEN MARTOCCI; | : | |
| AREA ASSISTANT PORT DIRECTOR | : | |
| PAUL NARDELLA; | : | |
| SUPERVISORY CBP OFFICER | : | |
| MICHAEL GULKIS; | : | |
| CBP DUTY CHIEF ROBERT HEISS; | : | |
| CBP OFFICER KATHLEEN BROWN; | : | |
| RAJ K. GHIMIRE, M.D.; | : | |
| DEREK L. ISENBERG, M.D.; | : | |
| MAURA E. SAMMON, M.D.; | : | |
| NURSE TARA CHOWDHURY; | : | |
| NURSE STACEY RUTLAND; | : | |
| NURSE NATALIE TRABOSCIA; | : | |
| MEDICAL PROVIDER AND HOSPITAL | : | |
| STAFF DOES 1-5; MERCY FITZGERALD | : | |
| HOSPITAL; and MERCY HEALTH SYSTEM | : | |
| | : | |
| Defendants. | : | |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff LeaDawn Ferguson and defendants CBP Officer Stephen Lemanski, CBP Officer Theresa Tandaric, CBP Officer Rik Reynolds, Port Director Allen Martocci, Area Assistant Port Director Paul Nardella, Supervisory CBP Officer Michael Gulkis, CBP Duty Chief Robert Heiss, CBP Officer Kathleen Brown, Supervisory CBP Officer Jeffrey Adams, CBP Officer Nurian Badillo-Vargas, CBP Officer Stephen Choromanski, CBP Officer Jose Colon, and CBP Officer Akio Wise (collectively, "the

Individual Federal Defendants"),[1] as well as defendants Raj K. Ghimire, M.D., Maura E. Sammon, M.D., Nurse Tara Chowdhury, Nurse Stacey Rutland, Nurse Natalie Traboscia, Mercy Fitzgerald Hospital, and Mercy Health System (collectively, "the Mercy Health System Defendants"), by and through their undersigned counsel, hereby stipulate to DISMISSAL WITH PREJUDICE of any and all claims against the Individual Federal Defendants.

Respectfully submitted,

LOUIS D. LAPPEN
Acting United States Attorney

| | |
|---|---|
| s/ Jonathan H. Feinberg | s/ Susan R. Becker |
| JONATHAN H. FEINBERG, ESQ. | SUSAN R. BECKER |
| Kairys, Rudovsky, Messing & Feinberg | MICHAEL S. MACKO |
| The Cast Iron Building | Assistant United States Attorney |
| 718 Arch Street, Suite 501 South | 615 Chestnut Street, Suite 1250 |
| Philadelphia, PA 19106 | Philadelphia, PA 19104 |
| (215) 925-4400 | (215) 861-8310 |
| *Attorney for Plaintiff LeaDawn Ferguson* | *Attorneys for the Individual Federal Defendants* |

s/ Jeffery P. Brien
Jeffrey P. Brien, Esq.
O'BRIEN & RYAN, LLP
2250 Hickory Road, Suite 300
Plymouth Meeting, PA  19462
*Counsel for Mercy Health System Defendants*

February 3, 2017

APPROVED BY THE COURT:

_____
HONORABLE ANITA B. BRODY
*Judge, United States District Court*

---

[1] On December 15, 2015, the Court approved the parties' stipulation that dismissed a subset of the Individual Federal Defendants. *See* Stipulation of Dismissal, ECF No. 47 (Dec. 15, 2015). Whereas the former stipulation was without prejudice, this stipulation dismisses all Individual Federal Defendants with prejudice.