**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| | : | |
| LEADAWN FERGUSON, | : | CIVIL ACTION NO. 14-cv-6807 |
| | : | |
| Plaintiff, | : | JURY TRIAL DEMANDED |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA; et al. | : | |
| | : | |
| Defendants. | : | |
| | : | |

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and among undersigned counsel that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims against Derek L. Isenberg, M.D., Maura E. Sammon, M.D., Nurse Tara Chowdhury, Nurse Stacey Rutland, Nurse Natalie Traboscia, and Mercy Health System are hereby **DISMISSED WITH PREJUDICE**.

*/s/ Jonathan H. Feinberg*      */s/ Jeffrey P. Brien*
JONATHAN H. FEINBERG      DANIEL F. RYAN, III
Kairys, Rudovsky, Messing & Feinberg      JEFFREY P. BRIEN
The Cast Iron Building      O'Brien & Ryan, LLP
718 Arch Street, Suite 501 South      Hickory Pointe
Philadelphia, PA  19106      2250 Hickory Road, Suite 300
*Attorney for Plaintiff,*      Plymouth Meeting, PA  19462
*Leadawn Ferguson*      *Attorneys for Defendants,*
     *Derek L. Isenberg, M.D., Maura E.*
     *Sammon, M.D., Nurse Tara Chowdhury,*
     *Nurse Stacey Rutland, Nurse Natalie*
     *Traboscia, Mercy Fitzgerald Hospital, and*
     *Mercy Health System*

LOUIS D. LAPPEN
Acting United States Attorney

*/s/ Michael S. Macko*
SUSAN R. BECKER
MICHAEL S. MACKO
Assistant United States Attorneys
615 Chestnut Street, Suite 1250
Philadelphia, PA  19106
*Attorneys for Defendants,*
*United States of America and*
*the individual officer defendants*


        On this        day of                , 2017, it is hereby **ORDERED** that the above

Stipulation is **APPROVED.**


                                        BY THE COURT:


                                        _____
                                        HONORABLE ANITA B. BRODY
                                        Judge, United States District Court