# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEADAWN FERGUSON, | : CIVIL ACTION NO. 14-cv-6807 |
| Plaintiff, | : JURY TRIAL DEMANDED |
| v. | : |
| UNITED STATES OF AMERICA; et al. | : |
| Defendants. | : |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and among undersigned counsel that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims against Derek L. Isenberg, M.D., Maura E. Sammon, M.D., Nurse Tara Chowdhury, Nurse Stacey Rutland, Nurse Natalie Traboscia, and Mercy Health System are hereby **DISMISSED WITH PREJUDICE**.

/s/ Jonathan H. Feinberg
JONATHAN H. FEINBERG
Kairys, Rudovsky, Messing & Feinberg
The Cast Iron Building
718 Arch Street, Suite 501 South
Philadelphia, PA 19106
*Attorney for Plaintiff,*
*Leadawn Ferguson*

/s/ Jeffrey P. Brien
DANIEL F. RYAN, III
JEFFREY P. BRIEN
O'Brien & Ryan, LLP
Hickory Pointe
2250 Hickory Road, Suite 300
Plymouth Meeting, PA 19462
*Attorneys for Defendants,*
*Derek L. Isenberg, M.D., Maura E.*
*Sammon, M.D., Nurse Tara Chowdhury,*
*Nurse Stacey Rutland, Nurse Natalie*
*Traboscia, Mercy Fitzgerald Hospital, and*
*Mercy Health System*

LOUIS D. LAPPEN
Acting United States Attorney

*/s/ Michael S. Macko*
SUSAN R. BECKER
MICHAEL S. MACKO
Assistant United States Attorneys
615 Chestnut Street, Suite 1250
Philadelphia, PA  19106
*Attorneys for Defendants,*
*United States of America and*
*the individual officer defendants*

On this 22nd day of February, 2017, it is hereby **ORDERED** that the above Stipulation is **APPROVED.**

BY THE COURT:

_____
HONORABLE ANITA B. BRODY
Judge, United States District Court